**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-7073

ROBERT JOSEPH KING,

Plaintiff - Appellant,

v.

ROBERT R. NEALL, Secretary of Health; JOHN ROBISON, Chief Executive Officer, Clifton T. Perkins Hospital Center, In His Individual and Official Capacity; THOMAS LEWIS, Chief Operating Officer, Clifton T. Perkins Hospital Center, In His Individual and Official Capacity; INNA TALLER, M.D., Clinical Director, Clifton T. Perkins Hospital Center, In Her Individual and Official Capacity; ARAM FARAMARZ MOKHTA ARIA, M.D., Clifton T. Perkins Hospital Center, In His Individual and Official Capacity; WAYNE NOBLE, Clifton T. Perkins Hospital Center, In His Individual and Official Capacity; CHANDRA WIGGINS, Clifton T. Perkins Hospital Center, In Her Individual and Official Capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:16-cv-03804-DKC)

Submitted: January 22, 2019                    Decided: January 25, 2019

Before MOTZ, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Joseph King, Appellant Pro Se. Kathleen A. Ellis, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Joseph King appeals the district court's order dismissing his amended complaint that alleged violations of the Americans with Disabilities Act, 42 U.S.C.A. §§ 12101-12213 (West 2013 & Supp. 2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *King v. Neall*, No. 8:16-cv-03804-DKC (D. Md. Aug. 10, 2018). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*